CARL REHM et al., Appellants, *v.* WILLIAM S. WEISS, Respondent.

APPEAL from judgment dismissing complaint.

*Ernest H. Ball*, for appellants.

*Charles Goldzier*, for respondent.

NEWBURGER, J. This court at General Term (May, 1894) on a former appeal having held that "there was no privity of contract or estate between plaintiffs and defendant" (see Law Journal August 7, 1894), the trial justice properly dismissed the complaint.

Judgment affirmed.

EHRLICH, Ch. J., concurs.
Judgment affirmed.

---

JAMES T. HALL, as Receiver, etc., Respondent, *v.* THE HOLLAND HOUSE Co., Appellant.

APPEAL from judgment in favor of plaintiff.

*Lachman, Morganthau & Goldsmith*, for respondent.

*Coudert Bros.*, for appellant.

*Per Curiam.* Judgment affirmed, with costs, on the opinion of the court below.

Present: EHRLICH, Ch. J., and NEWBURGER, J.
Judgment affirmed, with costs.